IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BETTYE EVERETTE**                                                                             **PLAINTIFF**

**VS.**                               **NO. 4:08CV00164**

**ST. VINCENT HEALTH SYSTEM**                                   **DEFENDANT**

## ORDER

Pending is Defendant's motion to strike Plaintiff's complaint. (Docket # 27). Defendant contends that Plaintiff attached confidential, sensitive and private information about St. Vincent patients to her *pro se* complaint   The Clerk of the Court is directed to remove from the docket and place under seal the attachments to Plaintiff's *pro se* complaint, docket # 2, parts 2 and 3. Defendant's motion to strike is denied.

IT IS SO ORDERED this 31st day of December, 2008.

_____
James M. Moody
United States District Judge