IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BETTYE EVERETTE**                                                      **PLAINTIFF**

VS.                                    NO. 4:08CV00164

**ST. VINCENT HEALTH SYSTEM**                                **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered on this date, Judgment is entered in favor of the Defendant.

The complaint is hereby dismissed. The Clerk is directed to close the case.

IT IS SO ORDERED this 10th day of February, 2009.

_____
James M. Moody
United States District Judge